**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1774**

---

In re: MARSHALL DEWAYNE WILLIAMS,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Orangeburg.  (5:24-cv-00585-DCC-KDW)

---

Submitted:  October 22, 2024                    Decided:  October 24, 2024

---

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Marshall DeWayne Williams, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marshall DeWayne Williams petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on Williams' 28 U.S.C. § 2241 petition and his emergency motion for a limited hearing.  Williams seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
